O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ABNER DANIEL LOPEZ MARTINEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.
Respondents.

Case No. 5:26-cv-05681-CAS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 12). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 14) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Grounds 1 and 2 of the Petition and denying Grounds 3 and 4.

2. Respondents shall release Abner Daniel Lopez Martinez (A# 209-193-327) unless he is provided with a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order.

DATED: October 16, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE