JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ABNER DANIEL LOPEZ MARTINEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.
Respondents.

Case No. 5:26-cv-05681-CAS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1 and 2 of the Petition are granted and Grounds 3 and 4 are denied.

DATED: October 16, 2026

Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE