UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** ‘O’

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05681-CAS-KES | Date | October 30, 2026 |
| Title | Abner Daniel Lopez Martinez v. David Venturella et al | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - EX PARTE APPLICATION TO VACATE ORDER (Dkt. 21, filed October 29, 2026)

On October 29, 2026, respondents Markwayne Mullin, David Venturella, Todd Blanche, and Eric Pinhero (collectively, “Respondents”) filed the instant *ex parte* application (the “Application”) seeking reconsideration and/or vacatur of the Court’s October 26, 2026 order (the “October 26, 2026 Order”). Dkt. 21 (“App.”). Respondents separately lodged two digital audio recordings (the “Recordings”) with the Court via email. See id. ¶ 4.

The Court has reviewed all the materials submitted by respondents. It appears to the Court that: (1) petitioner Abner Daniel Lopez Martinez (“Petitioner”) was provided with a bond hearing on October 22, 2026; (2) a Spanish interpreter was present throughout the proceedings; and (3) petitioner was unable to reach counsel in the short time allowed for him to do so.

It is unclear to the Court as to whether the hearing was adequate. Accordingly, the Court directs the government to hold a new bond hearing, with counsel for petitioner present, within seven (7) days of this Order. In the event that a bond hearing cannot be held within seven (7) days, it is without prejudice to the government seeking a second seven (7) day extension to conduct a bond hearing pursuant to the terms of this Order.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |